IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SALVADOR CASAS, JR,  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CAROLYN W. COLVIN,  )<br>ACTING COMMISSIONER OF THE  )<br>SOCIAL SECURITY ADMINISTRATION,)<br>    Defendant.  ) | No. 3:13-CV-192-DCG-ATB |

**ORDER GRANTING MOTION
TO PROCEED IN FORMA PAUPERIS**

On this day, the Court considered the Plaintiff's Motion to Proceed *in forma pauperis*. The case was assigned to United States District Judge David Guaderrama, who referred the motion to this Court.

After review of the financial affidavit in this case, this Court finds that the Plaintiff should not be required to prepay fees or costs, or to pay in advance the filing fee for the instant civil proceeding. Accordingly,

It is hereby **ORDERED** that Plaintiff's Application for Leave to Proceed *in forma pauperis* in the instant civil action is **GRANTED**.

**SIGNED and ENTERED this July 1, 2013.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE